UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONRADO CAMACHO SOSA, DAVID CRUZ, and
TERESA GARCIA *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

                Plaintiffs,

    v.

BRECQHOU LLC
    d/b/a THE EAST POLE KITCHEN & BAR,
ST. HELIER TAVERN LLC
    d/b/a CANAL STREET OYSTERS,
JETHOU LLC
    d/b/a PIZZA BEACH,
LIHOU LLC
    d/b/a THE EAST POLE FISH BAR,
HERM LLC
    d/b/a EASTFIELDS KITCHEN & BAR,
406 BROOM ST. REST INC.
    d/b/a BRINKLEY'S,
BROOM STREET HOSPITALITY,
THOMAS MARTIGNETTI,
And ANTHONY MARTIGNETTI,

                Defendants.

Case No.: 21-cv-00217

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

---

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendants BRECQHOU LLC, ST. HELIER TAVERN LLC, JETHOU LLC, LIHOU LLC, HERM LLC, 406 BROOM ST. REST INC., BROOM STREET HOSPITALITY, THOMAS MARTIGNETTI, and ANTHONY MARTIGNETTI are hereby dismissed from this action, without prejudice and without costs or attorneys' fees to any party. There has been no settlement and Plaintiffs intend to pursue their claims through valid arbitration agreements.

Dated: March 30, 2021                  By:    /s/ C.K. Lee
       New York, New York                C.K. Lee, Esq.

LEE LITIGATION GROUP, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorney for Plaintiffs, FLSA Collective Plaintiffs, and the Class*

So ordered. All claims in this case are dismissed without prejudice. The Clerk is directed to close this case.
4/1/2021

_____
J. PAUL OETKEN
United States District Judge